# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**DEODAT BHOJ**

Case Number: **6:08-CR-92-ORL-22DAB**

USM Number: **30335-018**

James T. Skuthan, FPD
201 S. Orange Ave, Ste 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant was found in violation of charge numbers One through Five of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to Report | May 28, 2008 |
| Two | Failure to Report | June 5, 2008 |
| Three | Failure to Follow Instructions of the Probation Officer | November 7, 2006 |
| Four | Failure to Follow Instructions of the Probation Officer | December 18, 2007 |
| Five | Failure to Follow Instructions of the Probation Officer | December 18, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

2/25/2009

ANNE C. CONWAY
CHIEF UNITED STATES DISTRICT JUDGE

February 26, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **4 Months**. It is **FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the court.

The Court request from the Bureau of Prisons the defendant be afforded the opportunity to participate in anger management classes.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal